IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: PAUL ROSAL & DEANNA MARIA TUMULAK )
)
M&T MORTGAGE CORPORATION,                )
      Creditor,                     )
  vs.                                    ) CASE NO. 10B16815
                                         ) JUDGE BRUCE W. BLACK
PAUL ROSAL & DEANNA MARIA TUMULAK,       )
      Debtor                        )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes M&T Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of February 14, 2011.

   a. Attorney's Fees                                     $250.00

   b. Payments (2/11 – 3/11 @ $2,222.20    =    $4,444.40

   **Total**                                             $4,694.40

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, M&T Mortgage Corporation rights to collect these amounts will remain unaffected.

Respectfully Submitted,
M&T Mortgage Corporation

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892
Pierce and Associates, P.C.
1 North Dearborn Street, Ste 1300
Chicago, Illinois 60602
(312)346-9088